LYELL AVENUE LUMBER COMPANY, Suing in Its Own Behalf and in Behalf of Other Creditors of THE STATE HOTEL COMPANY, Respondent, v. MARGARET V. LIGHTHOUSE ét al., as Executors of JOHN C. LIGHTHOUSE, Deceased, Appellants.

*Lyell Avenue Lumber Co.* v. *Lighthouse*, 151 App. Div. 902, affirmed.
(Argued May 12, 1913; decided June 3, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 4, 1912, affirming a final judgment in favor of plaintiff entered upon a decision of the court at Special Term in an action against stockholders of a corporation to recover an amount remaining unpaid on their stock subscriptions and apply the same to the payment of creditors of such corporation.

*Sardius D. Bentley* for appellants.

*Nicholas J. Weldgen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ. Absent: GRAY, J.